IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MYMAIL, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | Civil Action No. 2:17-cv-00257-JRG-RSP |
| TCL CORPORATION D/B/A ALCATEL | § | |
| F/K/A ALCATEL ONETOUCH, TCL | § | |
| COMMUNICATION TECHNOLOGY | § | JURY TRIAL DEMANDED |
| HOLDINGS LTD. D/B/A ALCATEL F/K/A | § | |
| ALCATEL ONETOUCH, and TTE | § | |
| TECHNOLOGY, INC. D/B/A TCL USA, | § | |
| | § | |
| Defendants. | § | |

**ORDER ON MOTION TO DISMISS WITHOUT PREJUDICE**

Came on this day for consideration, Plaintiff MyMail, Ltd.'s Motion To Dismiss Without Prejudice, and upon review this Court finds that Plaintiff's Motion should be and hereby is **GRANTED**. It is therefore:

**ORDERED** that all claims in this action by Plaintiff against **Defendants TCL Corporation d/b/a Alcatel f/k/a Alcatel OneTouch and TCL Communication Technology Holdings Ltd. d/b/a Alcatel f/k/a Alcatel OneTouch**, are hereby dismissed WITHOUT PREJUDICE.

**SIGNED this 27th day of July, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE